

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2015

No. 04-15-00489-CV

Marcus Everette **HARPER**,
Appellant

v.

**TEXAS TECH HEALTH SCIENCE CENTER**,
Appellee

From the 251st District Court, Potter County, Texas
Trial Court No. 97,305-C
Ana Estevez, Judge Presiding

## O R D E R

This appeal was transferred to this court from the Court of Appeals for the Seventh District of Texas at Amarillo. The order appellant seeks to appeal is an order granting the motion to dismiss filed by Texas Tech Health Science Center pursuant to section 74.351(b) of the Texas Civil Practice and Remedies Code ("Code"). Although a party may appeal from an order denying a motion filed pursuant to section 74.351(b), *see* TEX. CIV. PRAC. & REM. CODE. § 51.014(a)(9), section 51.014(a) does not authorize an appeal from an interlocutory order granting a motion filed pursuant to section 74.351(b). Because the order appellant seeks to appeal does not dispose of all parties and causes of action and the trial court did not enter a severance order, the order is interlocutory and is not final and appealable. *See Houston Health Clubs, Inc. v. First Court of Appeals*, 722 S.W.2d 692, 693 (Tex. 1986); *Northeast Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966).

Before this appeal was transferred, the Seventh Court of Appeals issued a letter questioning its jurisdiction over the appeal and requesting responses from the parties. In his response, appellant states the trial court authorized the appeal under section 51.014(d) of the Code; however, the citation to the record set forth in appellant's response does not support this statement. Furthermore, this court could not locate an order signed by the trial court authorizing appellant's appeal pursuant to section 51.014(d). It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for lack of jurisdiction.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2015.



Keith E. Hottle
Clerk of Court